UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MELVIN CHISM, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-367 |
| ) | Judge Atchley |
| JEFFERSON COUNTY SHERIFF'S ) | Magistrate Judge McCook |
| OFFICE, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this action for violation of 42 U.S.C. § 1983 is **DISMISSED**. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

/s/ *Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

　*LeAnna R. Wilson*

　CLERK OF COURT